UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REINALDO CLAUDIO,

        Petitioner,        Case No. 1:09-cv-94

v.        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  February 27, 2015        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                              Chief United States District Judge