UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REINALDO CLAUDIO,

        Petitioner,               Case No. 1:09-cv-94

v.                                  Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.

Dated:  February 27, 2015          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge